**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KATIE KLINGBERG, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 17-cv-00138 |
| v. | ) ) | Hon. John Robert Blakey |
| WHOLE FOODS MARKET GROUP, INC., a Delaware corporation, | ) ) ) | Hon. Michael T. Mason |
| Defendant. | ) ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiff Katie Klingberg and Defendant Whole Foods Market Group, Inc., through undersigned counsel, that this action is dismissed with prejudice as to the named Plaintiff Katie Klingberg, and without prejudice as to all members of the alleged putative classes, with all parties to bear their own costs and fees, including but not limited to attorneys' fees. In light of this filing, the parties respectfully request that the Court strike all pending case deadlines and the July 18, 2017 hearing.

STIPULATED AND AGREED:

CHICAGO, ILLINOIS
July 17, 2017

SAN FRANCISCO, CALIFORNIA
July 17, 2017

By: /s/ Michael L. Silverman
        Michael L. Silverman

By: /s/ Jay W. Connolly
        Jay W. Connolly

Michael L. Silverman
*msilverman@brunolawus.com*
**THE BRUNO FIRM**
900 West Jackson Boulevard
Suite 4E
Chicago, Illinois 60607
Phone: 773.969.6160

Jay W. Connolly
*jconnolly@seyfarth.com*
**SEYFARTH SHAW LLP**
560 Mission Street
31st Floor
San Francisco, California 94105
Phone: 415.397.2823

*Counsel for Plaintiff*
*and the Proposed Classes*

*Counsel for Defendant*
*Whole Foods Market Group, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing **Stipulation of Voluntary Dismissal** was filed electronically with the Clerk of the Court using the CM/ECF filing system on this 17th day of July 2017 and was served electronically on all counsel of record.

/s/ Michael L. Silverman